USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**VELAZQUEZ,**

      **Plaintiff,**

   -against-

**THE GAP, INC.,**

      **Defendant.**

**22-cv-06925 (ALC)**

<u>**Order**</u>

**ANDREW L. CARTER, United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated: February 9, 2023
    New York, New York

               **ANDREW L. CARTER, JR.**
               **United States District Judge**